IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL K. THOMAS,              )
                               )
     Plaintiff,                )
                               )    CIVIL ACTION NO.
     v.                        )      2:15cv453-MHT
                               )           (WO)
JEFFERSON DUNN, et al.,        )
                               )
     Defendants.               )
```

OPINION AND ORDER

This case is before the court on the recommendation of the United States Magistrate Judge that the plaintiff's motion for preliminary injunction be denied.  Also before the court is the plaintiff's objection to the recommendation.  Upon an independent and de novo review of the record, it is ORDERED as follows:

    1.  The objection to the recommendation (doc. no. 20) is overruled.

    2.  The recommendation of the United States Magistrate Judge (doc. no. 15) is adopted.

     3.  The motion for preliminary injunction (doc. no. 3) is denied.

     It is further ORDERED that this case is referred back to the United States Magistrate Judge for further proceedings.

     DONE, this the 3rd day of August, 2015.

                              /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**