IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DANIEL K. THOMAS,             )
                              )
     Plaintiff,               )
                              )    CIVIL ACTION NO.
     v.                       )      2:15cv453-MHT
                              )          (WO)
JEFFERSON DUNN, et al.,       )
                              )
     Defendants.              )
```

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the failure to ensure proper sterilization of hair clippers for inmate use and the inadequate provision of notary services to inmates.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for failure to respond to a court order.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 26th day of October, 2015.**

                                   /s/ Myron H. Thompson  
                                **UNITED STATES DISTRICT JUDGE**